UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.                      CIVIL ACTION NO. 2:10-1087

**$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,**

        Defendant.

(Katherine Anne Hoover, and
John F. Tomasic;
No pending federal criminal charges)

## WARRANT OF ARREST IN REM AND NOTICE TO POTENTIAL CLAIMANTS

TO:  UNITED STATES MARSHAL FOR THE
      SOUTHERN DISTRICT OF WEST VIRGINIA
      OR ANY OF HIS AUTHORIZED DEPUTIES

WHEREAS, a Verified Complaint of Forfeiture in rem was filed on the 10th day of September, 2010, by the United States Attorney for the Southern District of West Virginia, alleging that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance or constitutes proceeds traceable to such an exchange, or was used or intended to be used to facilitate one or more controlled substance violations and, therefore, is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6);

YOU ARE, THEREFORE, COMMANDED to arrest and seize the said currency and to maintain custody of it until further Order of this Court respecting the same. You shall use, at your discretion, whatever means are appropriate in order to protect and maintain the said currency; and

YOU ARE FURTHER COMMANDED TO PUBLISH, or cause the United States Attorney to publish, notice of this forfeiture action in either a newspaper of general circulation within the district once a week for three consecutive weeks, or on an official internet government forfeiture site for at least 30 consecutive days, beginning as soon as possible.

A RETURN of this warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed, and a statement as to the satisfaction of the orders herein issued.

All persons thought to have an interest in or claim against the defendant currency must file a verified claim with the Clerk of this Court, pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, within thirty (30) days after the date on which this notice was sent, and shall serve and file their answers or a motion under Rule 12, as directed by Supplemental Admiralty Rule G(5)(b), within twenty-one (21) days after the filing of their claims. A claimant

waives in objection to in rem jurisdiction or to venue if the objection is not made by motion or stated in the answer.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, P. O. Box 2546, Charleston, West Virginia 25326, with copies thereof sent to Betty A. Pullin, Assistant United States Attorney, P. O. Box 1713, Charleston, West Virginia 25329. Filing with the Clerk's Office and service upon the United States also may be done electronically by accessing the following website: https://ecf.wvsd.uscourts.gov, referencing this civil action.

Failure to file such verified claims and answers in the proper form and in a timely manner may result in such pleadings being stricken from the record or the plaintiff seeking a default or final judgment as may be appropriate.

Dated this 10th day of September, 2010.

> TERESA L. DEPPNER, Clerk
> United States District Court
>
> By: _____
> Deputy Clerk

This warrant is issued pursuant to Rule G(3)(b)(i), Supplemental Rules for Certain Admiralty and Maritime Claims.