| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:10-1087 |
|---|---|
| DEFENDANT<br>$88,029.08, more or less, in U.S. Currency | TYPE OF PROCESS  Verified Complaint<br>and Warrant of Arrest _in rem_ |

SERVE ➡ AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$85,127.08, more or less, in U.S. Currency
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o USMS Seized Assets Deposit Fund

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Betty A. Pullin
Assistant United States Attorney
P.O. Box 1713
Charleston, WV  25326

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                   Fold

Execute Warrant of Arrest _in rem_ on defendant currency presently on deposit with USMS Seized Assets Deposit Fund.

CATS No. 10-FBI-002597

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
_Betty A Pullin_
TELEPHONE NUMBER  (304) 345-2200
DATE  9/24/10

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  2 | District of Origin  No. | District to Serve  No. | Signature of Authorized USMS Deputy or Clerk | Date  9/24/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

FILED
SEP 27 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Date of Service  9/27/10   Time  10:30  am
Signature of U.S. Marshal or Deputy

| Service Fee  55.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits  55.00 | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
9/27/2010  Warrant of Arrest _in rem_ placed in the file.
USMS took custody of $85,127.08 on 4/12/2010.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|