| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:10-1087 |
|---|---|
| DEFENDANT<br>$88,029.08, more or less, in U.S. Currency | TYPE OF PROCESS  Verified Complaint<br>and Warrant of Arrest in rem |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$2,902.00, more or less, in U.S. Currency

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

c/o USMS Seized Assets Deposit Fund

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Betty A. Pullin
Assistant United States Attorney
P.O. Box 1713
Charleston, WV 25326

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Execute Warrant of Arrest in rem on defendant currency presently on deposit with USMS Seized Assets Deposit Fund.

CATS No. 10-FBI-002616

Signature of Attorney or other Originator requesting service on behalf of:  *Betty A. Pullin*   ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER (304) 345-2200   DATE 9/24/10

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  2 | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk | Date 9/24/10 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

FILED SEP 27 2010 TERESA L. DEPPNER, CLERK U.S. District Court Southern District of West Virginia

Date of Service 9/27/10   Time 10:30 am

Signature of U.S. Marshal or Deputy

| Service Fee 55.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 55.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

9/27/2010 Warrant of Arrest in rem placed in the file. USMS took custody of $2902.00 on 4/12/2010.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |