UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

        Plaintiff,

v.                      CIVIL ACTION NO. 2:10-1087

$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,

        Defendant.

(Katherine Anne Hoover, M.D. and
John F. Tomasic;
No pending federal criminal charges)

### CERTIFICATE OF SERVICE

I hereby certify that service of the "Verified Complaint of Forfeiture" and "Warrant of Arrest *in rem* and Notice to Potential Claimants" was made this 29th day of September, 2010, upon potential claimant Katherine Anne Hoover, pursuant to Rule G(4)(b), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, by Federal Express International, to:

    Katherine Anne Hoover, M.D.
    c/o Norman Gay, M.D.
    247 West Bay Street
    Nassau, N.P. Bahamas

By:  s/Betty A. Pullin
     Betty A. Pullin, WV Bar Number: 5590
     Attorney for the United States
     United States Attorney's Office
     300 Virginia Street, East, Room 4000
     Charleston, West Virginia 25301
     Telephone: (304) 345-2200
     Fax: (304) 347-5104
     Email: betty.pullin@usdoj.gov