UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                CIVIL ACTION NO. 2:10-1087

$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,

        Defendant.

### CLAIM OF DIANE E. SHAFER, M.D.

**COMES NOW** Diane E. Shafer, M.D., by and through counsel, Dwane L. Tinsley, and hereby files a claim contesting the forfeiture of property, pursuant to Rule G(5)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, namely United States currency, more or less, in the amount of $88,029.08, specifically listed below:

    1.    That $2,902.00, more or less (CATS No. 10-FBI-002616), in United States currency which was seized from a bedroom occupied by Katherine A. Hoover at the residence of Diane E. Shafer, M.D., 110 West Second Avenue, Williamson, West Virginia, pursuant to a federal search warrant also executed on or about March 2, 2010.

    2.    That Diane E. Shafer, M.D., was the owner of the residence located at 110 West Second Avenue, Williamson, West Virginia, and said property was seized from a bedroom in the aforementioned residence owned by Diane E. Shafer, M.D.

    3.    That said currency seized was the property of Diane E. Shafer, M.D., and not the property of Katherine A. Hoover.

{R0026832.1}

1

**WHEREFORE,** Diane E. Shafer, M.D., hereby files a claim contesting the forfeiture of property listed above and respectfully requests that said property be returned to her.

Respectfully submitted,

DIANE E. SHAFER, M.D.,

By Counsel,

<u>/s/ Dwane L. Tinsley, Esquire</u>
West Virginia State Bar #3767
**Eckert Seamans Cherin & Mellott, PLLC**
214 Capitol Street
Charleston, West Virginia  25301
Telephone: (304) 346-5500
Fax: (304) 346-5515
Email: dtinsley@eckertseamans.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               CIVIL ACTION NO. 2:10-1087

$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2010, I served the foregoing **Claim Of Diane E. Shafer, M.D.** with the Court using CM/ECF which will automatically serve all electronic filers, as well as by U.S. Mail, to the following:

        Betty A. Pullin
        Assistant United States Attorney
        United States Attorney
        Southern District of West Virginia
        Robert C. Byrd United States Courthouse
        300 Virginia Street, East, Suite 4000
        Charleston, West Virginia 25301
        betty.pullin@usdoj.gov

        /s/ Dwane L. Tinsley, Esquire
        West Virginia State Bar #3767
        **Eckert Seamans Cherin & Mellott, PLLC**
        214 Capitol Street
        Charleston, West Virginia 25301
        Phone: (304) 346-5500
        Fax: (304) 346-5515
        dtinsley@eckertseamans.com

{R0026832.1}