December 16, 2010



Office of the Clerk
United States District Court
P.O. Box 2546
Charleston, West Virginia 25326

    This is a verified claim in reference to Civil Action No. 2:10-1087 LEGAL NOTICE OF FORFEITURE, Defendant Katherine Anne Hoover and John F. Tomasic.

    My name is Margaret E. Lupher, 1031 Scott Avenue, Jeannette, PA. 15644. I was married to John Tomasic from July 13, 1963 and divorced from him on July 12, 1977. This divorce was obtained in Greensburg, PA. 15601 in the Court of Common Pleas of Westmoreland County, PA.

    During my marriage to John Tomasic four children were born to this union. John Tomasic bore in New London, CT. on May 19, 1964, William Tomasic, born in New London CT. January 1, 1966. Kathleen Tomasic, (married name Busse) on June 29, 1967 and Marianne Tomasic, born July 17, 1969. Marianne and Kathleen were born in Westerly, Rhode Island.

    I separated from John Tomasic in 1975 due to physical and mental abuse and non-support. Even prior to the divorce John Tomasic and Katherine Hoover were married in Michigan.

    No child support was ever given to me except 100 dollars for a period of three months. Upon advice of a lawyer in Washington, PA., I was referred to an attorney in Glenville, West Virginia which was where Katherine Hoover and John Tomasic were residing at that time. This attorney stated that he had "more important matters to attend to such as burglaries and murders."

    John Tomasic was physically abusive to both me and our children during our marriage and afterwards.

    I took out a PHEA loan in the amount of $2500 around 1976 so that I could become a Registered Nurse and thus support myself and our children to the best of my ability. I graduated from Westmoreland County Community College in 1979 and obtained my RN that same year.

I worked at Monongahela Valley Hospital in Monongahela PA. From 1979 through 1986 and used Union Bank in West Newton, PA. (Now National City Bank). I changed residence from West Newton to Jeannette, PA in 1986, and worked at Monsour Medical Center in Jeannette, PA, using the same bank. Our last child graduated from high school in 1987.

I believe my children and I are entitled to this or part of this forfeited currency because of John F. Tomasic failure to pay child support. This caused a great financial burden on me as well as emotional pain on me and our children. This act of negligence on the part of John F. Tomasic and Katherine Hoover is unlawful and unacceptable and they used intimidation in what dealings I had with them..

I attest all of this information in this verified claim to be true.

Sincerely,

*Margaret E. Lupher* (signature)

Margaret E. Lupher

Copies to:

Betty A. Pullen, Assistant United States Attorney
P. O. Box 1713
Charleston, West Virginia, 25326

*Margaret Lupher has signed before me this 16th day of Dec 2010*
*Denise McDonald* (signature)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Denise McDonald, Notary Public
Penn Twp., Westmoreland County
My Commission Expires June 15, 2013
Member, Pennsylvania Association of Notaries

Margaret E. Lupher
1031 Scott Avenue
Jeannette, PA. 15644

CERTIFIED MAIL

7010 0290 0001 4197 8562

RETURN RECEIPT REQUESTED

DEC 20 2010

Office of the Clerk
United States District Court
P.O. Box 2546
Charleston, W. V. 25326



U.S. POSTAGE
PAID
PENN, PA
15673
DEC 16, '10
AMOUNT
$5.10
00046289-02