```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA

                    CHARLESTON
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                                   CASE NO. 2:10-CV-01087

**$88,029.08, MORE OR LESS,**
**IN UNITED STATES CURRENCY,**

      **Defendant.**

**Katherine Anne Hoover and**
**John F. Tomasic,**

      Interested Parties.
      (No pending criminal charges.)

**Diane E. Shafer, M.D.,**

      Interested Party.

**Margaret E. Lupher,**

      Interested Party.

## NOTICE AND ORDER

On December 20, 2010, Ms. Margaret E. Lupher filed a verified claim against the defendant property, asserting that she is entitled to receive past-due child support (docket # 25). Ms. Lupher is hereby **NOTIFIED** that she must file an answer to the Verified Complaint of Forfeiture and otherwise comply with the requirements set forth in the Warrant of Arrest in Rem and Notice to Potential Claimants, and Rule G(5)(b), Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions. In addition to serving Assistant United States Attorney Betty A. Pullin, Ms. Lupher must serve a copy of every document she files with the Clerk on every other party, pursuant to Rule 5, Federal Rules of Civil Procedure.

The Clerk is directed to transmit this Order to counsel of record and to provide a copy to Ms. Lupher by mail and to the Interested Parties Hoover and Tomasic via fax transmission to 242-328-4014 or, alternatively, by Federal Express. In addition, the Clerk is directed to provide a copy of the docket sheet, the Verified Complaint of Forfeiture and the Warrant of Arrest In Rem to Ms. Lupher.

ENTER: December 21, 2010

Mary E. Stanley
United States Magistrate Judge