UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      CIVIL ACTION NO. 2:10-1087

$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,

        Defendant.

## MOTION TO WITHDRAW CLAIM OF DIANE E. SHAFER, M.D.

**COMES NOW** Diane E. Shafer, M.D., by and through counsel, Dwane L. Tinsley, and moves to withdraw her claim contesting the forfeiture of $2,902.00, more or less (CATS No. 10-FBI-002616), in United States currency which was seized from a bedroom occupied by Katherine A. Hoover at the residence of Diane E. Shafer, M.D., 110 West Second Avenue, Williamson, West Virginia, pursuant to a federal search warrant executed on or about March 2, 2010.

        Respectfully submitted,

        DIANE E. SHAFER, M.D.,

        By Counsel,

        /s/ Dwane L. Tinsley, Esquire
        West Virginia State Bar #3767
        **Eckert Seamans Cherin & Mellott, PLLC**
        214 Capitol Street
        Charleston, West Virginia  25301
        Telephone: (304) 346-5500
        Fax: (304) 346-5515
        Email: dtinsley@eckertseamans.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               CIVIL ACTION NO. 2:10-1087

$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2011, I served the foregoing **Motion To Withdraw Claim Of Diane E. Shafer, M.D.** with the Court using CM/ECF which will automatically serve all electronic filers, or by U.S. Mail, to the following:

        Betty A. Pullin
        Assistant United States Attorney
        United States Attorney
        Southern District of West Virginia
        Robert C. Byrd United States Courthouse
        300 Virginia Street, East, Suite 4000
        Charleston, West Virginia  25301
        betty.pullin@usdoj.gov

        John F. Tomasic
        c/o Dr. Norman Gay
        N-32
        247 West Bay Street
        Nassau, N.P.
        Bahamas

        Katherine Anne Hoover
        c/o Dr. Norman Gay
        N-32
        247 West Bay Street
        Nassau, N.P.
        Bahamas

Margaret E. Lupher
1031 Scott Avenue
Jeannette, Pennsylvania  15644

/s/ Dwane L. Tinsley, Esquire
West Virginia State Bar #3767
**Eckert Seamans Cherin & Mellott, PLLC**
214 Capitol Street
Charleston, West Virginia  25301
Phone:  (304) 346-5500
Fax:  (304) 346-5515
dtinsley@eckertseamans.com

{R0026832.1}