```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA

                   CHARLESTON
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                    CASE NO. 2:10-CV-01087

**$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,**

      **Defendant.**

**Katherine Anne Hoover and
John F. Tomasic,**

      Interested Parties.
      (No pending criminal charges.)

**Diane E. Shafer, M.D.,**

      Interested Party.

**Margaret E. Lupher,**

      Interested Party.

### O R D E R

On January 6, 2011, Diane E. Shafer, M.D., by counsel, filed a motion (docket # 30) to withdraw her claim to $2,902.00 more or less which was seized from a bedroom in her home. It is hereby **ORDERED** that Diane E. Shafer's motion is granted and she will no longer be considered to be an interested party in this litigation.

The Clerk is directed to transmit this Order to counsel of record and to provide a copy to Ms. Lupher by mail and to the

Interested Parties Hoover and Tomasic via fax transmission to 242-328-4014 or, alternatively, by Federal Express.

ENTER: January 7, 2011

_Mary E. Stanley_
Mary E. Stanley
United States Magistrate Judge