January 12, 2011



Office of the Clerk

United States District Court

P. O. Box 2546

Charleston, West Virginia 25326

I, Margaret Lupher, am withdrawing my claim to the forfeiture of some of the money in regard to Civil Action No.2:10-1087, LEGAL NOTICE OF FORFEITURE, Defendant Katherine Anne Hoover and John F. Tomasic versus United States of America.

Although I strongly feel that my children and I are entitled to some of this forfeiture, since speaking with a West Virginia attorney by telephone and finding that I had never received a court order for child support, my chances would be slim for being awarded any of this forfeiture. John Tomasic never showed up for the divorce hearing in 1977.

In the early 80's I spoke with the district attorney in Glenville, West Virginia where John Tomasic and Katherine Hoover were living at the time. This district attorney told me that he"had more important things to such as murders and burglaries". In my vulnerability and lack of finances at that time as well as the fear I had of John Tomasic, I pursued this no further.

Concerning this current claim, John Tomasic has recently spoken to our daughter Kathleen Busse and has threatened to "take everything away from your mother". This, of course, brought my daughter to tears and fear for me.

At this time I have no choice but to withdraw my claim.

Sincerely

Margaret E. Lupher

*Margaret E Lupher*

Copy sent to Betty Pullen, Assistant United States Attorney, Charleston, West Virginia

Margaret Lupher
1031 Scott Ave.
Jeannette, PA 15644-1657

**CERTIFIED MAIL**

7009 2820 0002 3604 2317

JAN 18 2011

Office of the Clerk
United States District Court
P.O. Box 2546
Charleston, West Virginia 25329

RETURN RECEIPT REQUESTED

UNITED STATES POSTAL SERVICE
0000
25329

U.S. POSTAGE
PAID
PENN. PA
15675
JAN 13. 11
AMOUNT
$5.54
00046289-01