UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA,

        Plaintiff,

v.                    CIVIL ACTION NO. 2:10-cv-01087

$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,

        Defendant.

(Katherine Anne Hoover and
John F. Tomasic, Interested parties;
No pending federal charges)

## ENTRY OF DEFAULT BY CLERK

Pursuant to the provisions of Rule 55(a), Federal Rules of Civil Procedure, and upon verified application of counsel for the plaintiff and the records of this Court reflecting that the would-be claimant **KATHERINE ANNE HOOVER** was directed by the court's Order of December 20, 2010 (Docket #26), to serve and file her verified claim to the defendant property no later than January 14, 2011, and to serve and file her answer to the complaint within 21 days after filing her claim, and that the time for filing both pleadings has elapsed, and the would-be claimant **KATHERINE ANNE HOOVER**, having failed to file a claim and answer or otherwise plead to the Verified Complaint of Forfeiture,

It is ADJUDGED that **KATHERINE ANNE HOOVER** is in default.

Dated this 8th day of February, 2011.

TERESA L. DEPPNER, CLERK

*Teresa A. Quigley*
By Deputy Clerk