UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA,

          Plaintiff,

    v.                             CIVIL ACTION NO. 2:10-cv-01087

$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,

          Defendant.

(Katherine Anne Hoover and
 John F. Tomasic, Interested parties;
 No pending federal charges)

### ENTRY OF DEFAULT BY CLERK

Pursuant to the provisions of Rule 55(a), Federal Rules of Civil Procedure, and upon verified application of counsel for the plaintiff and the records of this Court reflecting that the would-be claimant **JOHN F. TOMASIC** was directed by the court's Order of December 20, 2010 (Docket #26), to serve and file his verified claim to the defendant property no later than January 14, 2011, and to serve and file his answer to the complaint within 21 days after filing his claim, and that the time for filing both pleadings has elapsed, and the would-be claimant **JOHN F. TOMASIC**, having failed to file a claim and answer or otherwise plead to the Verified Complaint of Forfeiture,

It is ADJUDGED that **JOHN F. TOMASIC** is in default.

Dated this __8th__ day of __February__, 2011.

TERESA L. DEPPNER, CLERK

_____
By Deputy Clerk