UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston

FILED
FEB 11 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

United States of America,
    Plaintiff,
v
                        Case No. 2:10-01087

$88,029.08
$2905.00 is currency and
$85,024.08 is a financial instrument
    Defendant.

John F. Tomasic and
Katherine A. Hoover MD
    Plaintiffs,
v
Mary Stanley, Betty Pullin and
James Lafferty
    Defendants.

### MOTION TO REINSTATE DOCKET NUMBER 38 AND TO NULLIFY MS. STANLEY'S RESPONSE

NOW COME John F. Tomasic and Katherine A. Hoover MD, pro se, to establish the law regarding the practice of medicine and to reinstate docket number 38. The lightening speed with which Ms. Stanley responded to Docket Number 38 demonstrates her defensive nature and the absolute need for recusal. Ms. Pullin did not even have an opportunity to respond. Ms. Stanley appears to have violated the Separation of Powers with her response and is acting as the United States attorney by defending Ms. Betty Pullin.

Document 38 filed by John F. Tomasic and Katherine A. Hoover MD may be impertinent but is clearly material and truthful. 21 USC 801 (a)(3)(C) has been attached for the benefit of the Court (see Findlaw Exhibit A). Psychotropic substances include all controlled substances. A psychotropic substance (some are controlled and others are not controlled) is any substance that crosses the blood-brain barrier and affects a person's mood including opiate medications. Opiates cross the blood-brain barrier and bind to opiate receptors to relieve pain. Therefore, Congress has ruled that "(C)**nothing in the Convention will interfere with ethical medical practice...**" (emphasis added). Congress continued to explain who defines ethical medical practice "**ethical medical practice in this country as determined by the Secretary of Health and Human Services on the basis of a consensus of the views of the American medical and scientific**

Respectfully submitted,

*/s/ John F. Tomasic*
John F. Tomasic

*/s/ Katherine A. Hoover MD*
Katherine A. Hoover MD

21 U.S.C. § 801a : US Code - Section 801A: Congressional findings and declarations: psychotropic substances    2/8/11 6:35 PM

Case 2:10-cv-01087   Document 47   Filed 02/11/11   Page 3 of 6 PageID #: 326

*Exhibit A*

**FindLaw** FOR LEGAL PROFESSIONALS

# 21 U.S.C. § 801a : US Code - Section 801A: Congressional findings and declarations: psychotropic substances

## Search 21 U.S.C. § 801a : US Code - Section 801A: Congressional findings and declarations: psychotropic substances

- Search by Keyword or Citation

[ Search ]

```
The Congress makes the following findings and declarations:
(1) The Congress has long recognized the danger involved in the
manufacture, distribution, and use of certain psychotropic
substances for nonscientific and nonmedical purposes, and has
provided strong and effective legislation to control illicit
trafficking and to regulate legitimate uses of psychotropic
substances in this country. Abuse of psychotropic substances has
become a phenomenon common to many countries, however, and is not
confined to national borders. It is, therefore, essential that
the United States cooperate with other nations in establishing
effective controls over international traffic in such substances.
(2) The United States has joined with other countries in
executing an international treaty, entitled the Convention on
Psychotropic Substances and signed at Vienna, Austria, on
February 21, 1971, which is designed to establish suitable
controls over the manufacture, distribution, transfer, and use of
certain psychotropic substances. The Convention is not self-
executing, and the obligations of the United States thereunder
may only be performed pursuant to appropriate legislation. It is
the intent of the Congress that the amendments made by this Act,
together with existing law, will enable the United States to meet
all of its obligations under the Convention and that no further
legislation will be necessary for that purpose.
(3) In implementing the Convention on Psychotropic Substances,
the Congress intends that, consistent with the obligations of the
United States under the Convention, control of psychotropic
substances in the United States should be accomplished within the
```

21 U.S.C. § 801a : US Code - Section 801A: Congressional findings and declarations: psychotropic substances 2/8/11 6:36 PM

Case 2:10-cv-01087 Document 47 Filed 02/11/11 Page 4 of 6 PageID #: 327

substances provided in the Comprehensive Drug Abuse Prevention and Control Act of 1970 [21 U.S.C. 801 et seq.]. This will insure that (A) the availability of psychotropic substances to manufacturers, distributors, dispensers, and researchers for useful and legitimate medical and scientific purposes will not be unduly restricted; (B) nothing in the Convention will interfere with bona fide research activities; and (C) nothing in the Convention will interfere with ethical medical practice in this country as determined by the Secretary of Health and Human Services on the basis of a consensus of the views of the American medical and scientific community.

[Notes]

Copyright © 2011 FindLaw, a Thomson Reuters business. All rights reserved.

## CERTIFICATE OF SERVICE

I, Katherine A. Hoover, do hereby certify that a true and correct copy of the foregoing RESPONSE TO FILING BY MARY STANLEY OF JANUARY 28, 2011 has been sent by fax to the United States District Attorney for the Southern District of West Virginia 304-347-5104 on February 11, 2011.

*Katherine A. Hoover MD*

Katherine A. Hoover MD
c/o Dr. Norman Gay
N-3222
West Bay Medical Clinic
West Bay Street
Nassau, N.P., Bahamas
242-525-4018

**FedEx International Air Waybill — Customs Copy**

**1 From**
Date: 02/09/11
Sender's FedEx Account Number: 248525 40K
Sender's Name: Katherine Hoover
Phone: [illegible]
Company: c/o Dr. Vaccaro Cay
Address: West Bay Medical Clinic
Address: West Bay St
City: Nassau
State/Province: N.P.
ZIP/Postal Code: [blank]
Country: Bahamas

**2 To**
Recipient's Name: Teresa Deppner
Phone: 304-347-3009 [illegible]
Company: Clerk U.S. District Court SDWV
Address: 300 Virginia St
Address: Suite 2400
City: Charleston
State/Province: WV
ZIP/Postal Code: 25301
Country: U.S.A.
Recipient's Tax ID: [illegible]

**3 Shipment Information**
Total Packages: 1
Total Weight: 0.5 lbs
Commodity Description: 4 OCS
Country of Manufacture: BS
Total Declared Value for Carriage: NCV
Value for Customs: NCV
Total Declared Value for Customs: NCV

**4 Express Package Service**
1 ✓ FedEx Intl. Priority

**5 Packaging**
6 ✓ FedEx Envelope

**6 Special Handling** — [none]

**7 Payment**
Bill transportation charges to: Sender
Cash/Cheque — $41.00

**8 Your Internal Billing Reference** — [blank]

**9 Required Signature** — [signed]

FedEx Tracking Number: 8736 8820 6223
Origin Station ID: NASB
Country Code/Destination Station ID: CRWA
URSA Routing: XH/
Received At: Station
Date: 2/9
Base Charges / FedEx Emp: $300.44

PAID — Feb. 9/11 — FedEx — 0402

568