UNITED STATE DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED
MAR 17 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

United States of America,
    Plaintiff,

v                          Case No. 2:10-cv-1087

$88,029.08
    Defendant.

(Katherine A. Hoover and
John F. Tomasic,
No federal criminal charges pending)

## MOTION TO STRIKE UNITED STATES RESPONSE TO "MOTION TO SET ASIDE DEFAULT JUDGMENT"

    Now come John F. Tomasic and Katherine A. Hoover MD, pro se, and request that the United States Response be struck from the record. John F. Tomasic and Katherine A. Hoover have filed meritorious motions that requires that the $88,029.08 be returned to us.

    The United States claims that no verified responses were filed against the first In Rem, Docket number 3, but the United States filed a response to the verified responses using imaginary math. Therefore, the United States admitted that there were verified responses filed to the first In Rem.

    The United States then filed a second In Rem at docket number 22 on November 23, 2010 on the very same money. No certificate of service was sent to John F. Tomasic or Katherine A. Hoover. If the United States expects a response to the second In Rem, the United States must file proper notice.

    The Memorandum of Law filed by the United States is slanderous towards John F. Tomasic. The letter sent by Mr. Tomasic to his daughter Kathy Busse is not relevant to the current proceeding and contains no threats. The part of the letter quoted by the United States refers to a letter sent a year ago by his daughter Marianne Tomasic to Katherine A. Hoover MD. The lawsuit settlement was paid to seven different parties, Kathy Busse and Marianne Tomasic, being two of the parties. Ms. Marianne Tomasic wrote that she thought she should have received

more of the settlement; this did no refer to the check deposited in WesBanco Account xxxx7905. The withdrawal letter filed by Ms. Margaret Lupher was never sent to John F. Tomasic or Katherine A. Hoover MD. Ms. Lupher claim of a threat is a lie.

The act of denying the existence of 801(a)(3)(C) by Ms. Pullin and Ms. Stanley is treasonous because they denied the existence of the enabling legislation to treaties that protect the rights of doctors and their patients.

Wherefore, the United States Response to "Motion to Set Aside Default Judgment" should be struck and all money returned to John F. Tomasic and Katherine A. Hoover MD with damages.

Respectfully submitted,

John F. Tomasic

Katherine A. Hoover MD

CERTIFICATE OF SERVICE

I, Katherine A. Hoover MD, do hereby certify that a true and correct copy of the foregoing MOTION TO STRIKE UNITED STATES RESPONSE TO "MOTION TO SET ASIDE DEFAULT JUDGMENT" has been fedexed to Ms. Betty Pullin, United States Attorney's office for the Southern District of West Virginia 300 Virginia St. East Suite 4000 Charleston, W.Va. 25301 on March 16, 2010.

Katherine A. Hoover MD
c/o Dr. Norman Gay
N-3222
West Bay Street
Nassau, N.P., Bahamas
242-525-4018

[FedEx International Air Waybill form, largely handwritten and rotated 180°. Tracking Number: 8728 9955 2878. Form ID No. 0402. Origin Station ID: USA UWA KH. Commodity Description: DOCS. Sender appears to be in West Bay / West Islip area; recipient in Caracas, Venezuela (phone 345-2300, postal code 2304). Barcode 568 visible.]