# EXHIBIT 1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.                          CIVIL ACTION NO. 2:10-1087

$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,

                    Defendant.


(Katherine Anne Hoover, M.D. and
 John F. Tomasic;
 No pending federal criminal charges)


TO:  KATHERINE ANNE HOOVER, MD
     c/o Dr. Norman Gay
     N-3222
     247 West Bay Street
     Nassau, N.P.
     Bahamas

### AMENDED NOTICE TO TAKE DEPOSITION

        YOU ARE HEREBY NOTIFIED that pursuant to Rules 26, 30, and

other applicable Federal Rules of Civil Procedure, counsel for

plaintiff, United States of America, will take oral deposition of

KATHERINE ANNE HOOVER, MD, on Tuesday July 12, 2011, beginning at

10:00 a.m., at the office of the United States Attorney, Robert

C. Byrd United States Courthouse, 300 Virginia Street, East, Room

4000, Charleston, West Virginia 25301. The deposition will be

taken before an authorized court reporter and will continue from

time to time and day to day without further notice.

The deposition shall be used for all purposes permitted by the Federal Rules of Civil Procedure.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

**s/ Fred B. Westfall, Jr.**
FRED B. WESTFALL, JR.
WV State Bar No. 3992
Assistant United States Attorney
P.O. Box 1713
Charleston, WV  25326
Phone: 304-345-2200 Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov

## CERTIFICATE OF SERVICE

I electronically filed the foregoing "AMENDED NOTICE TO TAKE DEPOSITION"(Katherine Anne Hoover, MD) with the Clerk of Court using the CM/ECF system this 31st day of May, 2011, and I hereby certify that service was made pursuant to Rule G(4)(b), Supplemental Rules for  Admiralty or Maritime Claims and Asset Forfeiture Actions this day, by Federal Express International to the following:

Katherine Anne Hoover
c/o Dr. Norman Gay
N-3222
247 West Bay Street
Nassau, N.P.
Bahamas

**s/ Fred B. Westfall, Jr.**
Assistant United States Attorney

2

**EXHIBIT 2**



FedEx                Ship    Track    Manage    Learn        FedEx Office®

Support   Locations   🏴 English
Search fedex.com        Sign In

**Detailed Results**

Printer-Friendly      Get Link      Help

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 874730567536            Select time format: 12H | 24H            E-mail notifications

**Delivered**

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: A.MUNNINGS

Shipment Dates                          Destination

Ship date ⊘  May 31, 2011              nassau BS
Delivery date ⊘  Jun 1, 2011 4:00 PM   Signature Proof of Delivery ⊅'

**Shipment Facts**                                                       **Help**

| Service type | Priority Envelope | Delivered to | Receptionist/Front Desk |
| Weight | 1.0 lbs/.5 kg | Reference | 2 i 10-1087 |

**Shipment Travel History**                                             **Help**

Select time zone: Local Scan Time ▾

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jun 1, 2011 4:00 PM | Delivered | nassau BS | |
| Jun 1, 2011 1:29 PM | On FedEx vehicle for delivery | NASSAU BS | |
| Jun 1, 2011 12:39 PM | At local FedEx facility | NASSAU BS | |
| Jun 1, 2011 11:44 AM | International shipment release | NASSAU BS | |
| Jun 1, 2011 11:43 AM | In transit | NASSAU BS | Package available for clearance |
| Jun 1, 2011 7:53 AM | In transit | MIAMI, FL | |
| Jun 1, 2011 6:34 AM | At destination sort facility | MIAMI, FL | |
| Jun 1, 2011 1:08 AM | Departed FedEx location | MEMPHIS, TN | |
| May 31, 2011 8:47 PM | Left FedEx origin facility | CHARLESTON, WV | |
| May 31, 2011 4:56 PM | Picked up | CHARLESTON, WV | |

**Won't be around for delivery?**
Have us hold the shipment for
convenient pickup.
**Learn more ▸**

**FedEx Advanced Tracking:**
The ultimate in
tracking visibility.
**Watch demo ▸**

FedEx

Search fedex.com        Sign In

🏴 United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support
My FedEx Rewards

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
Compatible Solutions Program
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain

**Follow FedEx**
🔲 🔲 🔲

◊ FedEx 1995- 2011

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

http://fedex.com/Tracking                                              7/8/2011



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 8, 2011

Dear Customer:

The following is the proof-of-delivery for tracking number **874730567536**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | A.MUNNINGS | Delivery location: | NORMAN GAY |
| | | | nassau, NP 434 |
| Service type: | Priority Envelope | Delivery date: | Jun 1, 2011 16:00 |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 874730567536 | Ship date: | May 31, 2011 |
| | | Weight: | 1.0 lbs/0.5 kg |

Recipient:                                  Shipper:

katherine hoover md                         fred b. westfall jr
c/o norman gay md                           USDOJ/U.s. ATTorney's office
247 west bay street                         4000 u.s. courthouse
nassau, NP 434 BS                           300 VIRGINIA STreet  East
                                            CHARLESTON, WV 25301 US
Reference                                   2 i 10-1087

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

ORIGINAL

      Plaintiff,

vs.              CIVIL ACTION NO. 2:10-1087

$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,

      Defendant.

(Katherine Anne Hoover, M.D. and
 John F. Tomasic;
 No pending federal criminal charges)


        The deposition of KATHERINE ANNE HOOVER, M.D.,
was scheduled to taken pursuant to notice, in the
above-entitled action, on the 12th day of July, 2011,
commencing at 10:00 a.m., at the Offices of the United
States Attorney, Robert C. Byrd United States Courthouse,
300 Virginia Street, East, Room 4000, Charleston, Kanawha
County, West Virginia, before Connie D. DeMuth, Certified
Court Reporter and Notary Public, pursuant to the Federal
Rules of Civil Procedure.

*DeMuth Court Reporting, L.L.C.*
Connie D. DeMuth, CCR
Post Office Box 701
Dunbar, West Virginia 25064
304-766-8708

2

## APPEARANCES

On behalf of the Plaintiff:

      FRED B. WESTFALL, JR., ESQUIRE
      United States Attorney's Office
      Post Office Box 1713
      Charleston, West Virginia 25326

3

## INDEX

**Exhibits**                                          **Identified**

**Exhibit No. 1 (Amended Notice to Take**                  **4**
  **Deposition, two pages)**

**Exhibit No. 2 (Federal Express**                         **4**
  **International Receipt, two pages)**

**Reporter's Certificate**                          **Pages 9-10**

4

1   July 12, 2011 (10:01 a.m.)

2          MR. WESTFALL:  My name is Fred Westfall.  I'm

3   an Assistant United States Attorney for the Southern

4   District of West Virginia.  We're here in a civil

5   forfeiture case.  Today on July 12, 2011, the deposition

6   of Katherine Anne Hoover, M.D., was scheduled to begin

7   at ten o'clock.  We are here in the Civil Conference

8   Room, which was the indication on the Notice of where

9   the deposition would take place in our office and she is

10  not present.

11         I'm going to tender Exhibit No. 1, which is a

12  copy of the Amended Notice to Take Deposition, which was

13  served on Dr. Hoover.  Exhibit No. 2 is a receipt from

14  Federal Express International showing that it was

15  delivered to the address that Dr. Hoover has been using

16  for service purposes.  And the second page of Exhibit

17  No. 2 does contain the signature of the person who

18  signed for the Amended Notice to Take Deposition that

19  was in a Federal Express package.

20                  (WHEREUPON, the documents referred to

21                  were duly marked for identification

22                  as Deposition Exhibits No. 1 and 2 and

23                  attached hereto.)

24         MR. WESTFALL:  Since she is not here, we are

25  going to try to contact her on two telephone numbers.

5

1    The first one is

2    ████████████ and if that number is not successful, I

3    have another telephone number, ████████████

4          I was able to make telephone contact with Dr.

5    Hoover yesterday at ████████████ and ask her if she was

6    going to attend this deposition.  That telephone contact

7    was made at approximately 2:38 p.m. yesterday and she

8    said she was not planning to attend the deposition.  The

9    purpose of calling her today is to see, since she is not

10   here, that whether, if we reschedule the deposition, she

11   plans to attend and appear if we do reschedule the

12   deposition.

13         So I'm going to try to make the telephone

14   contact now.

15         (Mr. Westfall dials ████████████ )

16         (-- customer at ████████████ is unavailable to

17   take your call.  Please a message after the tone.)

18         (MR. WESTFALL: [Leaving Message on Voicemail.]

19   Dr. Hoover, this is Fred Westfall, Assistant United

20   States Attorney in Charleston, West Virginia, contacting

21   you in connection with the deposition which was

22   scheduled for today, July 12, 2011, at ten o'clock at

23   our office.  This deposition had been noticed and you

24   were asked, or you were notified in the Notice for the

25   deposition that you were to attend here in our office to

6

1    be deposed today.  So I'm calling you.  I talked to you

2    yesterday, you said you weren't planning to attend, but

3    I'm trying to make telephone contact with you in any

4    event.  If you need to reach me, you can reach me at

5    304-345-2200.)

6                    MR. WESTFALL:  I just tried to contact Dr.

7    Hoover at ███████████.  I got a voicemail recording and

8    left her a voicemail indicating I was calling her in

9    connection with a deposition that was scheduled for

10   today and left my telephone number of 304-345-2200 to

11   call me back if she had any questions.

12                   We'll try the second number.

13                   (Mr. Westfall dials ███████████)

14                   (Hi.  This is Katie Hoover.  Thanks for

15   calling.  I'll get back to you as soon as I can.  Have a

16   great day.  Bye-bye.)

17                   (At the tone, please record your message.

18   When you have finished recording, you may hang up or

19   press one for more options.)

20                   (MR. WESTFALL: [Leaving Message on Voicemail.]

21   Dr. Hoover, this is Fred Westfall, Assistant United

22   States Attorney in Charleston, West Virginia.  It's a

23   little after ten o'clock on July 12, 2011.  As we

24   discussed yesterday, your deposition was scheduled for

25   today here at our office in Charleston, West Virginia.

7

1    We sent a Notice to you for the deposition, which was
2    served on May 31, 2011, and it was served at the address
3    which you've been using in the Bahamas for receipt of
4    service and we have a Federal Express International
5    receipt showing that it was delivered to that address
6    and that someone at that address did sign for it on June
7    1, 2011.
8            Yesterday, when I contacted you, I asked you
9    if you were planning to attend the deposition today and
10   you indicated that you were not.  The purpose of calling
11   you today is under the Federal Rules of Procedure, if
12   you're not planning to attend, I need to see that if did
13   try to reschedule the deposition whether you attend at a
14   future date if the deposition was rescheduled.
15           If you have any questions, please call me at
16   304-345-2200.  Thank you.)
17           MR. WESTFALL:  I made a second telephone call
18   to Dr. Hoover at███████████.  At that telephone number
19   I received a greeting from her telephone indicating that
20   she was not available and I left her a voicemail
21   message.  I indicated to her in the voicemail message
22   that her deposition had been scheduled for today, that
23   we had served a Notice which had been received at her
24   service address for today's deposition.  I also
25   indicated that I had spoken to her yesterday, that she

8

1  indicated that she was not planning to attend, and that

2  the purpose of the telephone call was to determine

3  whether she would attend if the deposition was

4  rescheduled.  I also left my telephone number for her to

5  be able to contact me.

6          Those are the only two telephone numbers that

7  I have to be able to contact Dr. Hoover.  Since she is

8  not here at today's deposition, we will conclude the

9  transcript of the proceedings today with the two

10  exhibits attached, the first exhibit being the Amended

11  Notice To Take Deposition, and the second exhibit being

12  the receipt showing that someone had signed at the

13  service address for the envelope which contained the

14  Amended Notice to Take Deposition.

15          (WHEREUPON, the record was

16          concluded 10:09 a.m.)

17

18

19

20

21

22

23

24

25

9

## REPORTER'S CERTIFICATE

STATE OF WEST VIRGINIA,

COUNTY OF KANAWHA, to-wit:


I, Connie D. DeMuth, Certified Court Reporter and
Notary Public within and for the County and State
aforesaid, duly commissioned and qualified, do hereby
certify that the foregoing scheduled deposition of
KATHERINE ANNE HOOVER, M.D., was to be duly taken by me
and before me at the time and place and for the purpose
specified in the caption hereof, the said witness having
been by me first duly sworn.

I do further certify that the said deposition was
correctly taken by me in the Stenomask procedure and
that the same was accurately transcribed under my
supervision.

I further certify that I am neither attorney or
counsel for, nor related to or employed by, any of the
parties to the action in which this deposition is taken,
and further that I am not a relative or employee of any
attorney or counsel employed by the parties or
financially interested in the action.

10

       Given under my hand this 12th day of July,

2011.

       My commission expires December 21, 2014.


_____

Certified Court Reporter
Notary Public



### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON

UNITED STATES OF AMERICA,

                Plaintiff,

    v.                         CIVIL ACTION NO. 2:10-1087

$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,

                Defendant.


(Katherine Anne Hoover, M.D. and
John F. Tomasic;
No pending federal criminal charges)


TO:  KATHERINE ANNE HOOVER, MD
      c/o Dr. Norman Gay
      N-3222
      247 West Bay Street
      Nassau, N.P.
      Bahamas

#### AMENDED NOTICE TO TAKE DEPOSITION

YOU ARE HEREBY NOTIFIED that pursuant to Rules 26, 30, and other applicable Federal Rules of Civil Procedure, counsel for plaintiff, United States of America, will take oral deposition of KATHERINE ANNE HOOVER, MD, on Tuesday July 12, 2011, beginning at 10:00 a.m., at the office of the United States Attorney, Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Room 4000, Charleston, West Virginia 25301. The deposition will be taken before an authorized court reporter and will continue from time to time and day to day without further notice.



The deposition shall be used for all purposes permitted by the Federal Rules of Civil Procedure.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

**s/ Fred B. Westfall, Jr.**
FRED B. WESTFALL, JR.
WV State Bar No. 3992
Assistant United States Attorney
P.O. Box 1713
Charleston, WV  25326
Phone: 304-345-2200 Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov

### CERTIFICATE OF SERVICE

I electronically filed the foregoing "AMENDED NOTICE TO TAKE DEPOSITION" (Katherine Anne Hoover, MD) with the Clerk of Court using the CM/ECF system this 31st day of May, 2011, and I hereby certify that service was made pursuant to Rule G(4)(b), Supplemental Rules for  Admiralty or Maritime Claims and Asset Forfeiture Actions this day, by Federal Express International to the following:

Katherine Anne Hoover
c/o Dr. Norman Gay
N-3222
247 West Bay Street
Nassau, N.P.
Bahamas

**s/ Fred B. Westfall, Jr.**
Assistant United States Attorney

2



FedEx    Ship    Track    Manage    Learn    FedEx Office®

Support   Locations   📧 English
Search fedex.com        Sign Up

## Detailed Results

Printer-Friendly    Get Link    Help

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 874730567536          Select time format: 12H | 24H          E-mail notifications

### Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: A.MUNNINGS

**Shipment Dates**

Ship date ✎ May 31, 2011
Delivery date ✎ Jun 1, 2011 4:00 PM

**Destination**

nassau BS
Signature Proof of Delivery ✎

### Shipment Facts                                                   Help

| Service type | Priority Envelope | Delivered to | Receptionist/Front Desk |
|---|---|---|---|
| Weight | 1 0 lbs/.5 kg | Reference | 2 i 10-1087 |

### Shipment Travel History                                          Help

Select time zone: Local Scan Time ▾

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jun 1, 2011 4:00 PM | Delivered | nassau BS | |
| Jun 1, 2011 1:29 PM | On FedEx vehicle for delivery | NASSAU BS | |
| Jun 1, 2011 12:39 PM | At local FedEx facility | NASSAU BS | |
| Jun 1, 2011 11:44 AM | International shipment release | NASSAU BS | |
| Jun 1, 2011 11:43 AM | In transit | NASSAU BS | Package available for clearance |
| Jun 1, 2011 7:53 AM | In transit | MIAMI, FL | |
| Jun 1, 2011 6:34 AM | At destination sort facility | MIAMI, FL | |
| Jun 1, 2011 1:06 AM | Departed FedEx location | MEMPHIS, TN | |
| May 31, 2011 8:47 PM | Left FedEx origin facility | CHARLESTON, WV | |
| May 31, 2011 4:56 PM | Picked up | CHARLESTON, WV | |

**Won't be around for delivery?**
Have us hold the shipment for
convenient pickup.
Learn more ▸

**FedEx Advanced Tracking:**
The ultimate in
tracking visibility.
Watch demo ▸

FedEx

Search fedex.com        Sign Up

🌎 United States - English

| Customer Focus | Featured Services | Companies | Follow FedEx |
|---|---|---|---|
| New Customer Center | FedEx SameDay | FedEx Express | |
| Small Business Center | FedEx Home Delivery | FedEx Ground | |
| Service Guide | Healthcare Solutions | FedEx Office | |
| Customer Support | Online Retail Solutions | FedEx Freight | |
| My FedEx Rewards | Packaging Services | FedEx Custom Critical | |
| | Ancillary Clearance Services | FedEx Trade Networks | |
| Company Information | | FedEx SupplyChain | |
| About FedEx | Other Resources | | |
| Careers | Compatible Solutions Program | | |
| Investor Relations | Developer Resource Center | | |
| | FedEx Ship Manager Software | | |
| | FedEx Mobile | | |

© FedEx 1995-2011

Global Home · Site Map · fedex.com Terms of Use | Security and Privacy



| FedEx Express | U.S. Mail: PO Box 727 |
|---|---|
| Customer Support Trace | Memphis, TN 38194-4643 |
| 3875 Airways Boulevard | |
| Module H, 4th Floor | Telephone: 901-369-3600 |
| Memphis, TN 38116 | |

July 8,2011

Dear Customer:

The following is the proof-of-delivery for tracking number **874730567536**.

---

**Delivery Information:**

| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
|---|---|---|---|
| Signed for by: | A.MUNNINGS | Delivery location: | NORMAN GAY |
| | | | nassau, NP 434 |
| Service type: | Priority Envelope | Delivery date: | Jun 1, 2011 16:00 |



---

**Shipping Information:**

| Tracking number: | 874730567536 | Ship date: | May 31, 2011 |
|---|---|---|---|
| | | Weight: | 1.0 lbs/0.5 kg |

Recipient:                                Shipper:
katherine hoover md                       fred b. westfall jr
c/o norman gay md                         USDOJ/U.s. ATTorney's office
247 west bay street                       4000 u.s. courthouse
nassau, NP 434 BS                         300 VIRGINIA STreet  East
                                          CHARLESTON, WV 25301 US
Reference                                 2 i 10-1087

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339