UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston, West Virginia



FILED

18 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

United States of America,
    Plaintiff,

v                                         Civil Action No.: 2-cv-1087
                                            Judge John Copenhaver

$88,029.08, more or less,
in United States currency.

Katherine A. Hoover MD and
John F. Tomasic, interested parties,
no pending criminal charges.

## REQUEST FOR AN ORDER RETURNING $27,671.50
## WITH PREJUDICE

      NOW COME John F. Tomasic and Katherine A. Hoover MD, pro se, and request that the Court issue an Order to immediately return the balance of WesBanco Savings Account xxxx3002 because there is no issue of fact regarding this money.

      AUSA Betty Pullin admitted in her pleading <u>UNITED STATES MOTION TO DISMISS COMPLAINT</u> that "the United States respectfully moves the court for an order dismissing this forfeiture action and directing the United States Marshal's Service to return the seized currency."  The Motion to Dismiss was filed on April 8, 2011, but no Order has been forthcoming from the Court.  This is another demonstration of the bias on the part of Magistrate Judge Mary Stanley.

      WHEREFORE, the interested parties request that an Order be issued immediately for the return of $27,671.50 with prejudice and that the record will reflect that the Court has taken greater than 120 days to issue this Order in violation of 28 USC S 2465 Return of Property.

Respectfully submitted,

*/s/ John F. Tomasic*
John F. Tomasic

*/s/ Katherine A. Hoover MD*
Katherine A. Hoover MD

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing REQUEST FOR THE RETURN OF $27,671.50 WITH PREJUDICE has been faxed to AUSA Betty Pullin at 304-347-5104 on July 15, 2011.

*/s/ Katherine A. Hoover MD*
Katherine A. Hoover MD

## FedEx International Air Waybill

**1 From**
Date: 7/15/11
Sender's Name: Katherine Hoover  Phone: 242-322-11
Company: C/O Dr. Norman Gay
Address: West Bay Medical Clinic
Address: West Bay St.
City: Nassau   State/Province: N.P.
Country: Bahamas

**2 To**
Recipient's Name: Teresa Deppner  Phone: 304-347-30[_]
Company: U.S. District Clerk
Address: 300 Virginia St.
Address: Suite 2000
City: Charleston   State/Province: WV
Country: USA   ZIP: 25301

**3 Shipment Information**
Total Packages: 1
Total Weight: 0.5 lbs
Commodity Description: Doc

Tracking #: 8754 5871 7468
INTL PRIORITY  25301 WV-US HTS