UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston, West Virginia

FILED
AUG 2 3 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

United States of America,
    Plaintiff,
v                                2:10-cv-1087

$88,029.08 and $27,671.50
    Defendants.

Katherine A. Hoover MD and
John F. Tomasic, interested parties,
no criminal charges pending.

## NOTICE THAT THIS CASE HAS BEEN DISMISSED

    NOW COME John F. Tomasic and Katherine A. Hoover MD to notify the United States and Magistrate Judge Mary Stanley that the Order of August 8, 2011 dismissed this case in its entirety. Magistrate Judge Stanley, by her previous order consolidated the cases regarding $27,671.50and $88,029.08. When she dismissed the case regarding the $27,671.50, Magistrate Judge Stanley dismissed 2:10-cv-1087 which is the case number for the $27,671.50. All Orders after August 8, 2011 are moot. Further, the interested parties demonstrated that the money seized was not proceeds from Dr. Hoover's practice of medicine in Williamson, West Virginia in their Motion filed on August 11, 2011. The entire proceeding is void because the money seized was never money from the practice of medicine, but from money belonging to John F. Tomasic against whom there is no cause of action. Therefore, there is no legal reason to depose Dr. Hoover. The United States Attorney has used the media to harass and defame Dr. Hoover and her husband John F. Tomasic and will attempt to use the deposition, which can not legally be held, for an improper purpose.

    WHEREFORE, the Court must recognize that the entire proceeding has been dismissed by the Court's Order and all money, including the $27,671.50, interest, damages, and costs must be Ordered returned forthwith, within ten days, to the interested parties, John F. Tomasic and Katherine A. Hoover MD. The ORDER to return the money and dismiss the case lacked a time limit.

Respectfully submitted,

*John F. Tomasic*
John F. Tomasic

*Katherine A. Hoover MD*
Katherine A. Hoover MD

## CERTIFICATE OF SERVICE

I, John F. Tomasic, do hereby certify that a true and correct copy of the foregoing NOTICE THAT THIS CASE HAS BEEN DISMISSED has been mailed by United States mail to AUSA Fred Westfall 300 Virginia Suite 4000 Charleston, WV 25301 on August 19, 2011.

*John F. Tomasic*
John F. Tomasic
c/o Dr. Norman Gay
N-3222
West Bay Medical Clinic
West Bay Street
Nassau, N.P., Bahamas
242-322-1191

1438 Sheridan St
Hollywood, Fl. 33020

**CERTIFIED MAIL**

7010 3090 0001 2606 5594

AUG 22 2011

Clerk of Court
U.S. Circuit Court for the
Southern District of W.V
P.O. Box 2546
Charleston, WV
25329

USA

V.

$88,029.08 and $27,671.80

2:10-cv-1087