EXHIBIT 12

*K883514*

**DEMUTH COURT REPORTING, L.L.C.**
**CERTIFIED COURT REPORTERS**
**P. O. BOX 701**
**DUNBAR, WEST VIRGINIA  25064**
(304) 766-8708
cdemuth@demuthcourtreporting.com

CHARLESTON, WV

2011 JUL 12  P 2: 13

U. S. ATTORNEY

TAX  IDENTIFICATION NO.  87-0766812

DATE: July 12, 2011

INVOICE NO.:   12348



TO: Fred B. Westfall, Jr., Esquire
    United States Attorney's Office
    P. O. Box 1317
    Charleston, West Virginia 25326

RE: USA v. $88,029.08, More or Less, United States Currency.)
    Scheduled Depo. of Katherine Anne Hoover, M.D., to be taken
    July 12, 2011.

| | PGS | RATE | SUBTOTAL | TOTAL |
|---|---|---|---|---|
| Transcript | 10 | 3.85* | $   38.50 | |
| Appearance Fee | | 35.00/hr. | 70.00 | |
|  (Minimum 2 hrs.) | | | | |
| Exhibit Copies | 4 | .25 | 1.00 | |
| Etranscript | | | N/C | |
| | | | N/C | |

**AMOUNT DUE:**   **$ 109.50**

Payment is due upon presentation of the statement.  A finance charge of 1-1/2 percent of the
unpaid balance will be added to accounts after 30 days.  This represents an ANNUAL PERCENTAGE
RATE OF 18 PERCENT.  PLEASE INCLUDE COPY OF INVOICE OR INVOICE NUMBER WITH PAYMENT.

* Original & 1 Condensed Copy

I certify that these goods and/or services were
received and a this is a true and proper invoice.

*Thank you for th*

Signature of AUSA: *Fred B. Westfall J.*

Date: 7/12/11

Note: We are now accepting Visa, Master(
   Please call 304-766-8708 to make Cred

Printed Name of AUSA: *FRED B. WESTFALL JR.*

# DeMUTH COURT REPORTING, L.L.C. CHARLESTON. WV

P. O. BOX 701
DUNBAR, WEST VIRGINIA   25064
(304) 766-8708

2011 AUG 31  A 9 24

U. S. ATTORNEY

### I N V O I C E

TAX IDENTIFICATION NO. 87-0766812

DATE: August 30, 2011                     INVOICE NO.: 1545 - KV

TO:          Fred B. Westfall, Jr.
             U. S. Attorney's Office
             Post Office Box 1713
             Charleston, West Virginia   25326

RE: United States of America v. $ 88,029.08, More or Less,
    In United States Currency   Katherine Anne Hoover and
    John F. Tomasic, Interested Parties, Case No. 2:10-CV-01087

DATE: August 30, 2011

CALL NO.

|                          | PGS | RATE  | SUBTOTAL | TOTAL  |
|--------------------------|-----|-------|----------|--------|
| Proceedings (Expedited)  | 12  | 4.85* | 58.20    | 58.20  |
| Appearance Fee           |     | 50.00 |          | 50.00  |
|                          |     |       | AMOUNT DUE: | $ 108.20 |