# EXHIBIT 10

KATHERINE A. HOOVER MD
c/o Dr. Norman Gay
N-3222
West Bay Medical Clinic
West Bay Street
Nassau, N.P., Bahamas
242-328-4014

August 29, 2011

AUSA Fred Westfall
United States' Attorney's Office for the
Southern District of West Virginia
300 Virginia St. East
Suite 4000
Charleston, West Virginia 25301

Dear Mr. Westfall:

Re: 2:10-cv-1087 and the requested deposition of Dr. Hoover

I received your notice of deposition today. Things have been chaotic with Hurricane Irene and other personal challenges. I sent a Motion to the Court regarding my Fifth Amendment rights. From my research, subpoenas are only valid for the fifty contiguous states.

Since Judge Copenhaver ruled on Subject Matter jurisdiction, we will file an Interlocutory appeal with the Fourth Circuit within the required thirty days and request a stay of all proceedings. We certainly believe that Judge Copenhaver has misinterpreted the evidence supporting the control of medical practice within the States and the medical community. The current vendetta against doctors will result in more crime, more suffering and more deaths. The sensible approach would be to drop your misguided criminal investigation against me and the medical practice formerly located in Williamson and work on a plan that will improve Southern West Virginia. Putting more people in jail solves nothing and causes great suffering; putting more people to work improves everything. That was our goal for all of our patients and we succeeded with many.

Sincerely,

*Katherine A. Hoover MD*

Katherine A. Hoover MD

```
***************************
***   ACTIVITY REPORT   ***
***************************
```

| ST. TIME | CONNECTION TEL | CONNECTION ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|---|
| *08/29 14:22 | | | | | | | | |
| *08/29 15:01 | | | 0571 | TRANSMIT | ECM | 10 | OK | 03'2 |
| *08/29 15:05 | | | 8483 | AUTO RX | ECM | 3 | OK | 00'4 |
| | | | 0572 | TRANSMIT | | 0 | NG | 00'0 |
| *08/29 15:06 | | | | | | 0 | STOP | |
| *08/29 15:29 | | | 0573 | TRANSMIT | ECM | 3 | OK | 00'3 |
| | | | 8484 | AUTO RX | G3 | 0 | NG | 00'4 |
| *08/29 15:32 | | | | | | 0 | #005 | |
| | | | 8485 | AUTO RX | G3 | 0 | NG | 00'4 |
| *08/29 15:35 | | | | | | 0 | #005 | |
| | | | 8486 | AUTO RX | G3 | 0 | NG | 00'4 |
| *08/29 15:39 | | | | | | 0 | #005 | |
| | | | 8487 | AUTO RX | G3 | 0 | NG | 00'4 |
| *08/29 15:41 | | | | | | 0 | #005 | |
| | | | 8488 | AUTO RX | G3 | 0 | NG | 00'4 |
| 08/29 15:44 | | | | | | 0 | #005 | |
| | | | 8489 | AUTO RX | G3 | 0 | NG | 00'4 |
| 08/29 15:47 | | | | | | 0 | #005 | |
| | | | 8490 | AUTO RX | G3 | 0 | NG | 00'4 |
| 08/29 15:51 | | | | | | 0 | #005 | |
| | | | 8491 | AUTO RX | G3 | 0 | NG | 00'4 |
| 08/29 15:55 | | | | | | 0 | #005 | |
| | | | 8492 | AUTO RX | G3 | 0 | NG | 00'4 |
| 08/29 15:58 | | | | | | 0 | #005 | |
| | | | 8493 | AUTO RX | G3 | 0 | NG | 00'4 |
| 08/29 16:01 | | | | | | 0 | #005 | |
| | | | 8494 | AUTO RX | G3 | 0 | NG | 00'45 |
| 08/29 16:05 | | | | | | 0 | #005 | |
| | | | 8495 | AUTO RX | G3 | 0 | NG | 00'46 |
| 08/29 16:09 | | | | | | 0 | #005 | |
| | | | 8496 | AUTO RX | G3 | 2 | NG | 02'00 |
| 08/29 16:12 | | | | | | 2 | | |
| 08/29 17:16 | | | 8497 | AUTO RX | G3 | 3 | OK | 02'31 |
| 08/29 21:57 | | | 8498 | AUTO RX | ECM | 3 | OK | 01'10 |
| | | | 8499 | AUTO RX | ECM | 1 | OK | 00'46 |