UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP - 2 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

United States of America,
    Plaintiff,

v

Civil Action No. 2:10-1087
Judge Copenhaver

$88,029.08, More or less
in a bank instrument and
United States currency.

(Katherine A. Hoover MD and
John F. Tomasic, interested parties.)

### RESPONSE TO THE COURT ORDER REGARDING DR. HOOVER'S DEPOSITION AND A REQUEST FOR A STAY OF PROCEEDINGS PENDING AN INTERLOCUTORY APPEAL

    NOW COME John F. Tomasic and Katherine A. Hoover MD, his wife, pro se, to relate to the Court their purpose for this pleading. The practice of medicine is controlled by the medical community and the consistent opinion by doctors is that a patients in pain deserve treatment. This is a medical decision made at the time of the doctor-patient visit, not a legal decision made after the fact. Doctors perform in the present with a view to improving their patients' future. Law enforcement picks apart the past attempting to find criminal acts when frequently there are none. The deposition requested by the United States of Dr. Hoover is a fishing expedition to gather evidence to attempt to file criminal charges where none exist. This is exactly what the Fifth Amendment is designed to protect. Further, the case is now ripe for an interlocutory appeal to the Fourth Circuit and the interested parties request a stay of the proceedings pending that appeal.

### HISTORY OF DEPOSITION NOTICES AND PLEADINGS

    On August 8, 2011, the interested parties filed RESPONSE TO MOTION TO COMPEL DR. HOOVER'S DEPOSITION which explains in detail that the entire $88,029.08 seized from WesBanco xxxx7905 belonged to John F. Tomasic and not to Katherine A. Hoover MD. There has been no response by the United States to that Motion and no discussion of that Motion in the Order authored by Magistrate

Respectfully submitted,

John F. Tomasic

Katherine A. Hoover MD

## CERTIFICATE OF SERVICE

I, Katherine A. Hoover MD, do hereby certify that a true and correct copy of the foregoing RESPONSE TO THE COURT ORDER REGARDING DR. HOOVER'S DEPOSITION AND A REQUEST FOR A STAY OF PROCEEDINGS PENDING AN INTERLOCUTORY APPEAL has been faxed to AUSA Fred Westfall on September 1, 2011 at 304-347-5443.

*Katherine A. Hoover MD*

Katherine A. Hoover MD
c/o Dr. Norman Gay
N-3222
West Bay Medical Clinic
West Bay Street
Nassau, N.P., Bahamas
242-525-4018

# FedEx International Air Waybill

**FedEx Tracking Number** 8747 3056 7205  **Form ID No.** 0402

## 1 From
Date: 05/26/11
Sender's FedEx Account Number: 142598314
Sender's Name: Bred B. Westfall, Jr.
Company: USDOJ/U.S. Attorney's Office
Phone: 304-345-2200
Address: 300 Virginia Street East
Address 2: 4000 U.S. Courthouse
City: Charleston
State/Province: WV
ZIP/Postal Code: 25301
Country: USA

## 2 To
Recipient's Name: Katherine Hoover MD
Company: c/o Norman Gay MD
Phone: 242-343-4018
Address: 247 West Bay Street
Address 2: 
City: Nassau
State/Province: NP
ZIP/Postal Code: 
Country: Bahamas

Recipient's Tax ID Number for Customs Purposes:

## 3 Shipment Information
For EU Only: Tick here if goods are not in free circulation and provide C.I.
Total Packages: 1
Total Weight: 5 lbs
DIM: in

| Commodity Description | Harmonized Code | Country of Manufacture | Total Declared Value for Carriage | Value for Customs |
|---|---|---|---|---|
| copy of civil notice | | USA | 1.00 | 1.00 |

Total Value for Customs: 1.00

Has EEI been filed in AES?
No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR

## 4 Express Package Service
☒ FedEx Intl. Priority
☐ FedEx Intl. First
☐ FedEx Intl. Economy

## 5 Packaging
☐ FedEx Envelope  ☒ FedEx Pak  ☐ FedEx 10kg Box  ☐ FedEx Box  ☐ FedEx 25kg Box  ☐ FedEx Tube

## 6 Special Handling
☐ HOLD at FedEx Location  ☐ SATURDAY Delivery
☐ Other

## 7 Payment
Bill transportation charges to:
☒ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Cheque

Bill duties and taxes to:
☐ Sender  ☒ Recipient  ☐ Third Party  ☐ Cash/Cheque

## 8 Your Internal Billing Reference
2:10-1087

## 9 Required Signature
Sender's Signature: [signature]

**FedEx Tracking Number:** 8747 3056 7205 0402

Origin Station ID: CRW
Received At: Reg. Stop

KATHERINE A. HOOVER MD
c/o Dr. Norman Gay
N-3222
West Bay Medical Clinic
West Bay Street
Nassau, N.P., Bahamas
242-328-4014

August 29, 2011

AUSA Fred Westfall
United States' Attorney's Office for the
Southern District of West Virginia
300 Virginia St. East
Suite 4000
Charleston, West Virginia 25301

Dear Mr. Westfall:

Re: 2:10-cv-1087 and the requested deposition of Dr. Hoover

I received your notice of deposition today. Things have been chaotic with Hurricane Irene and other personal challenges. I sent a Motion to the Court regarding my Fifth Amendment rights. From my research, subpoenas are only valid for the fifty contiguous states.

Since Judge Copenhaver ruled on Subject Matter jurisdiction, we will file an Interlocutory appeal with the Fourth Circuit within the required thirty days and request a stay of all proceedings. We certainly believe that Judge Copenhaver has misinterpreted the evidence supporting the control of medical practice within the States and the medical community. The current vendetta against doctors will result in more crime, more suffering and more deaths. The sensible approach would be to drop your misguided criminal investigation against me and the medical practice formerly located in Williamson and work on a plan that will improve Southern West Virginia. Putting more people in jail solves nothing and causes great suffering; putting more people to work improves everything. That was our goal for all of our patients and we succeeded with many.

Sincerely,

*Katherine A. Hoover MD*

Katherine A. Hoover MD

**KATHERINE A. HOOVER MD**
c/o Dr. Norman Gay
N-3222
West Bay Medical Clinic
**West Bay Street**
Nassau, N.P., Bahamas
242-328-4014/242-322-1191

AUSA Fred Westfall
by fax: 304-347-5443

Dear AUSA Westfall,

Re: 2:10-cv-1087 and Deposition of Dr. Hoover

I left a voice mail this morning that I was available at 242-322-1191. You failed to call or make contact. I called to ascertain whether or not you received the message. I was informed that you did receive my message.

Sincerely,

*Katherine A. Hoover MD*

Katherine A. Hoover MD