**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                            Case No. 2:10-CV-01087

**$88,029.08, MORE OR LESS,**
**IN UNITED STATES CURRENCY,**

      **Defendant.**

**Katherine Anne Hoover and**
**John F. Tomasic,**

      **Interested Parties**
      **(No pending criminal charges).**

## ORDER AND NOTICE

The United States and the interested parties are engaged in a dispute concerning the return of $27,671.50.  The interested parties have completed United States Marshals Service form 3881, ACH Vendor/Miscellaneous Payment Enrollment Form; unfortunately, they submitted it to the Clerk for filing and it is now on the public record.  ECF No. 116 at 3.  It is hereby **ORDERED** that the ACH Vendor/Miscellaneous Payment Enrollment Form shall be filed under seal.

    **NOTICE TO THE INTERESTED PARTIES:** Documents filed with the Clerk are public records; with the Case Management/Electronic Case Filing System ("CM/ECF"), all the public records are available to

anyone.  The interested parties, by filing the ACH Vendor form with the Clerk, put Ms. Hoover's Social Security Number, bank routing number and bank checking account number on the public record, thereby placing her at risk for identity theft.  The Court has placed the document under seal this time to protect Ms. Hoover's important private information; in the future, the Court expects the interested parties to take care as to what they file with the Clerk.  The Court will not undertake *sua sponte* to protect such information in the future.

**ADDITIONAL NOTICE TO THE INTERESTED PARTIES**: The Clerk's Office is no longer required to hand-deliver, mail, FedEx or fax documents to the interested parties.  The interested parties shall continue to file and serve their documents by mail, but the United States shall serve the interested parties only electronically; the Clerk will provide Notices of Electronic Filing ("NEF") via CM/ECF to the interested parties electronically.

It is hereby **ORDERED** that effective upon receipt of this Order and Notice, the interested parties are required to open a PACER account, to provide their electronic mail address to the Clerk, to become familiar with the CM/ECF information on the Court's website (www.wvsd.uscourts.gov) and the Administrative Procedures for Electronic Filing in the Southern District of West Virginia.  This Order and Notice is the last document which the Clerk's office will send to the interested parties by other than electronic means.

The Clerk is directed to transmit this Order to counsel of record and to provide a copy to the Interested Parties Hoover and Tomasic by Federal Express.

ENTER: September 29, 2011

*Mary E. Stanley*
Mary E. Stanley
United States Magistrate Judge