UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

    Plaintiff,

 v.           CIVIL ACTION NO. 2:10-cv-1087

$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,

    Defendant.

(Katherine Anne Hoover, M.D. and
 John F. Tomasic;
 No pending federal criminal charges)

NOTICE OF FILING OF MOTION FOR SUMMARY JUDGMENT AND
CLAIMANT'S OBLIGATION TO RESPOND

 **YOU ARE HEREBY NOTIFIED** that the plaintiff, United States of America, has filed a motion for summary judgment as to the interest of John F. Tomasic.  In this Motion, the United States asks the Court to enter summary judgment in its favor and against Mr. Tomasic's claim.  Copies of the motion and supporting Memorandum of Law are enclosed.

 **YOU ARE FURTHER NOTIFIED** that you have **FOURTEEN (14) DAYS** from the filing of the Motion to respond to the Motion and to present to the Court your reasons, if any, why the Motion should not be granted.

**YOUR FAILURE TO RESPOND WITHIN FOURTEEN (14) DAYS MAY BE DEEMED TO BE A REPRESENTATION TO THE COURT THAT YOU DO NOT OPPOSE THE MOTION,**

**AND THAT YOU DO NOT OBJECT TO THE COURT GRANTING THE MOTION AND ENTERING JUDGMENT AGAINST YOU.**

Any response you wish to make should include copies of any documents upon which you rely and the sworn affidavits of witnesses whose testimony supports your defense. Copies of your response, documents and affidavits must be electronically filed with the Clerk of the Court at the website as indicated below, and served on opposing counsel by virtue of such electronic filing, or must be mailed to:

1. Clerk, United States District Court
   United States Courthouse
   P. O. Box 2546
   Charleston, West Virginia 25329
   http://www.wvsd.uscourts.gov/cmecf/default.html

2. Betty A. Pullin
   Assistant United States Attorney
   P. O. Box 1713
   Charleston, West Virginia 25326
   Email: betty.pullin@usdoj.gov

        UNITED STATES OF AMERICA
        By counsel

        R. BOOTH GOODWIN II
        United States Attorney

By:  s/Betty A. Pullin
        Betty A. Pullin, WV Bar Number: 5590
        Attorney for the United States
        United States Attorney's Office
        300 Virginia Street, East, Room 4000
        Charleston, West Virginia 25301
        Telephone: (304) 345-2200
        Fax: (304) 347-5104
        Email: betty.pullin@usdoj.gov