```
              UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
                         CHARLESTON
```

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

  v.                                     CIVIL ACTION NO. 2:10-1087
                                                  (Lead)

**$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,**

                **Defendant;**


(Katherine Anne Hoover, M.D. and
 John F. Tomasic;
 No pending federal criminal charges)


## UNITED STATES RESPONSE MOTION FOR SANCTIONS AGAINST MAGISTRATE JUDGE MARY STANLEY

    Comes now the plaintiff, United States of America, by counsel, Betty A. Pullin, Assistant United States Attorney for the Southern District of West Virginia, and hereby responds to claimants' "Motion for Sanctions Against Magistrate Judge Mary Stanley" (ECF 152) as follows:

    1. Sanctions under Rule 11, Federal Rules of Civil Procedure, apply only to attorneys, law firms or parties who violate Rule 11(b). <u>See</u>, F.R. Civ. P. 11(c)(1). Imposition of such sanctions against a judicial officer would be totally inappropriate.

    2. Magistrate Judge Stanley's Proposed Findings and Recommendations are subject to <u>de novo</u> review by the district

court, following the receipt of any objections, as the district court has previously advised the parties. See, Order filed January 12, 2012 (ECF 148). To the extent the district court does not agree with the proposed findings and recommendations, the district court will make its own findings when ruling on the parties' motions and responses.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Motion for Sanctions against Magistrate Judge Stanley be denied.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By Counsel

    R. BOOTH GOODWIN II
    United States Attorney

By:  s/Betty A. Pullin
    Betty A. Pullin, WV Bar Number: 5590
    Attorney for the United States
    United States Attorney's Office
    300 Virginia Street, East, Room 4000
    Charleston, West Virginia 25301
    Telephone: (304) 345-2200
    Fax: (304) 347-5440
    Email: betty.pullin@usdoj.gov

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

        Plaintiff,

v.                          CIVIL ACTION NO. 2:10-1087
                                (Lead)

$88,029.08, MORE OR LESS,
IN UNITED STATES CURRENCY,

        Defendant

(Katherine Anne Hoover, M.D. and
John F. Tomasic;
No pending federal criminal charges)

## CERTIFICATE OF SERVICE

I hereby certify that the "UNITED STATES RESPONSE TO 'MOTION FOR SANCTIONS AGAINST MAGISTRATE JUDGE STANLEY'" was electronically filed with the Court and served on the following by regular United States mail, on this 21st day of February, 2012:

        Katherine Anne Hoover, M.D. and
        John F. Tomasic
        c/o Norman Gay, M.D.
        N-3222
        West Bay Medical Clinic
        Nassau, N.P., Bahamas

                      By:    s/Betty A. Pullin
                              Betty A. Pullin, WV Bar Number: 5590
                              Attorney for the United States
                              United States Attorney's Office
                              300 Virginia Street, East, Room 4000
                              Charleston, West Virginia 25301
                              Telephone: (304) 345-2200
                              Fax: (304) 347-5440
                              Email: betty.pullin@usdoj.gov