UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA,**

        Plaintiff

v.                                              Civil Action No. 2:10-1087

$88,029.08, More or Less,
in United States Currency,

        Defendant

### JUDGMENT ORDER

In accordance with the memorandum opinion and order entered this same day in the above-styled civil action, it is ORDERED and ADJUDGED that the plaintiff United States of America take the entirety of the sum sought for forfeiture herein, namely $88,029.08, as against the interested parties and any other individual entitled to claim thereunder, in this action and that judgment be, and it hereby is, entered in favor of the United States of America, with costs and interest as allowed by law.  It is further ORDERED that this action be, and it hereby is, dismissed with prejudice and stricken from the docket.

The Clerk is directed to forward copies of this judgment order to all counsel of record and any unrepresented parties.

        DATED: September 28, 2012

        _____
        John T. Copenhaver, Jr.
        United States District Judge