U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:10-1087 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $88,029.08, more or less, in U. S. Currency | Memorandum Opinion & Order |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$85,127.08, more or less, in U. S. Currency

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** c/o USMS Seized Assets Deposit Fund

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Betty A. Pullin, Assistant U.S. Attorney
United States Attorney's Office
P.O. Box 1713
Charleston, WV 25326

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Dispose of forfeited currency as authorized by law.

CATS No. 10-FBI-002597

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 304-345-2200
DATE: 10/18/2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 88
District to Serve No. 88
Date: 10/18/12

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

FILED NOV - 2 2012 TERESA L. DEPPNER, CLERK U.S. District Court Southern District of West Virginia

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/2/12
Time: 1424 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

11/2/2012 USMS deposited $85,127.08 into The Asset Forfeiture Fund.

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)