United States District Court for the **Southern**

District of **West Virginia**

File Number **10-CV-1087**

FILED
NOV 21 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

United States of America
v.
$88,029.08

) 
) Notice of Appeal
) 
) 

Katherine A. Hoover MD
John F. Tomasic (interested parties.

Notice is hereby given that **the defendants** ___(plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the **SDWV** Circuit (from the final judgment) (from the order (describing it)) entered in this action on the **28th** day of **September**, 20 **12**.

(s) _Katherine A. Hoover MD_
_John F. Tomasic_
Attorney for **pro se**
Address: C/O Dr. Norman Gay
West Bay Medical Center
West Bay St.
Box N 3222
Nassau, N.P., Bahamas

* See Rule 3(c) for permissible ways of identifying appellants.

SCC
08/11/2011

